■    In the Matter of JACOB SMITH, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN T. O'CONNELL, Appellant.— Order reversed on the facts, without costs, and application denied, without costs.  The finding of the Special Term that respondent Jacob Smith had a legal residence at 169–19 118th Avenue, in the 62nd election district of the Eleventh Assembly District in the County of Queens, is against the weight of the credible evidence.  Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

(May 28, 1956)

■    In the Matter of MARIE A. BEARY, in Her Own Behalf and On Behalf of Persons Similarly Situated, Appellant, against JOHN F. ENGLISH et al., Respondents.— Order affirmed, without costs.  Subdivision 2 of section 104 of the Election Law, insofar as it provides that candidates for members of a State committee designated by the same petition shall be treated as one group, warrants the bracketing on the ballot of the male and female candidates whose names appear on the same petition.  Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■    In the Matter of R. RISLEY DENT, JR., et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order reversed on the law, without costs, and application granted, without costs.  The findings of fact are affirmed.  The fact that a complete slate of candidates is presented by one faction does not entitle the candidates of that faction to be preferred, without drawing, over the candidates whose names appear on the other two sets of petitions.  Appellants cannot be so deprived of their right to have the order in which the names of their candidates appear on the ballot determined by lot, even though their petitions do not contain the names of candidates for all of the party positions to be contested for (*Matter of Beck* v. *Board of Elections, N. Y. City,* 156 Misc. 790, 791, revd. 245 App. Div. 848, revd. 268 N. Y. 617).  A drawing by lot shall take place forthwith.  Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■    In the Matter of BERNARD C. FREEMAN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— Order reversed on the law, without costs, and application granted, without costs.  The findings of fact are affirmed.  The fact that a complete set of candidates is presented by one faction does not entitle the candidates of that faction to be prefered, without drawing, over the candidates whose names appear on the other two sets of petitions.  Appellant cannot be so deprived of his right to have the order in which the names of his candidates appear on the ballot determined by lot, even though their petitions do not contain the names of candidates for all of the party positions to be contested for (*Matter of Beck* v. *Board of Elections, N. Y. City,* 156 Misc. 790, 791,